## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*S & D Tire, Inc.*
Attn:  President/CEO and
1411 North Baxter Street
Anaheim, CA 92806

*S & D Tire, Inc.*
Attn:  Ron L. Daetweiler, Registered Agent
1411 North Baxter Street
Anaheim, CA 92806

_____
Mary E. Augustine (No. 4477)

619730v1